IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD THOMASSON and CLAIRE THOMASSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORP. a/k/a BUFFALO PUMPS, INC., et al.,<br><br>    Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 13-1034 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court upon the motion of Plaintiffs Harold Thomasson and Claire Thomasson ("Plaintiffs") to remand this action to New Jersey Superior Court [Docket Item 14]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __17th__ day of **June, 2013** hereby

ORDERED that the Plaintiffs' motion to remand is DENIED.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            Chief U.S. District Judge